**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

| Case No: | 05-26277 -SQU | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | DUNNE, TERESA ROSE | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******2984  BofA - Money Market Account |
| Taxpayer ID No: | *******6296 | | | |
| For Period Ending: | 03/17/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  12/12/05 | 1 | Theresa Rose Dunne<br>7411 Canterbury Place<br>Downers Grove, IL  60516 | | 1110-000 | 20,000.00 | | 20,000.00 |
| C  12/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 5.56 | | 20,005.56 |
| C  01/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 10.20 | | 20,015.76 |
| C  02/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 14.26 | | 20,030.02 |
| C  03/01/06 | 000301 | International Sureties<br>Suite 500<br>203 Carondelet Street<br>New Orleans, LA  70130 | BOND<br>BOND | 2300-000 | | 10.43 | 20,019.59 |
| C  03/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 17.00 | | 20,036.59 |
| C  04/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 16.46 | | 20,053.05 |
| C  05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 17.04 | | 20,070.09 |
| C  06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 16.50 | | 20,086.59 |
| C  07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 17.06 | | 20,103.65 |
| C  08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 17.07 | | 20,120.72 |
| C  09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 16.54 | | 20,137.26 |
| C  10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 17.10 | | 20,154.36 |

LFORM2T4

Ver: 12.62a

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 05-26277 -SQU  
Case Name: DUNNE, TERESA ROSE  
Taxpayer ID No: *******6296  
For Period Ending: 03/17/08  

Trustee Name: GINA B. KROL  
Bank Name: BANK OF AMERICA, N.A.  
Account Number / CD #: *******2984  BofA - Money Market Account  
Blanket Bond (per case limit): $ 5,000,000.00  
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Trans. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| C 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 16.57 | | 20,170.93 |
| C 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 17.13 | | 20,188.06 |
| C 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 17.15 | | 20,205.21 |
| C 02/15/07 | 000302 | International Sureties, Ltd.<br>Suite 500<br>203 Carondelet Street<br>New Orleans, LA  70130 | BOND<br>BOND | 2300-000 | | 15.59 | 20,189.62 |
| C 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 15.50 | | 20,205.12 |
| C 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 17.16 | | 20,222.28 |
| C 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 16.62 | | 20,238.90 |
| C 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 17.19 | | 20,256.09 |
| C 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 16.64 | | 20,272.73 |
| C 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 17.22 | | 20,289.95 |
| C 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 17.23 | | 20,307.18 |
| C 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 12.93 | | 20,320.11 |
| C 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 12.95 | | 20,333.06 |
| C 11/30/07 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 10.86 | | 20,343.92 |

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 05-26277 -SQU  
Case Name: DUNNE, TERESA ROSE  
Taxpayer ID No: *******6296  
For Period Ending: 03/17/08  

Trustee Name: GINA B. KROL  
Bank Name: BANK OF AMERICA, N.A.  
Account Number / CD #: *******2984  BofA - Money Market Account  
Blanket Bond (per case limit): $ 5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.500 | 1270-000 | 9.73 | | 20,353.65 |
| C  01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.400 | 1270-000 | 8.06 | | 20,361.71 |
| C  02/11/08 | 000303 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA  70139 | | 2300-000 | | 19.15 | 20,342.56 |
| C  02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.300 | 1270-000 | 4.84 | | 20,347.40 |

\* Reversed  
t Funds Transfer  
C Bank Cleared  

| Account *******2984 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 1 | Deposits | 20,000.00 | 3 | Checks | 45.17 |
| 27 | Interest Postings | 392.57 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 20,392.57 | | Total | $ 45.17 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 20,392.57 | | | |

LFORM2T4

Ver: 12.62a

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

| Case No: | 05-26277 -SQU | Trustee Name: | GINA B. KROL |
| Case Name: | DUNNE, TERESA ROSE | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******2984  BofA - Money Market Account |
| Taxpayer ID No: | *******6296 | | |
| For Period Ending: | 03/17/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Trustee's Signature: ___/s/    GINA B. KROL_____ Date: 03/17/08
                             GINA B. KROL

LFORM2T4

Ver: 12.62a