UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| DUNNE, TERESA ROSE | ) | Case No. 05-26277-SQU |
| | ) | |
| | ) | Hon. JOHN H. SQUIRES |

**APPLICATION OF TRUSTEE'S COUNSEL OR OTHER PROFESSIONALS
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

TO:   HONORABLE JOHN H. SQUIRES
      BANKRUPTCY JUDGE

GINA B. KROL, counsel for the Trustee pursuant to 11 U.S.C. §330 and FRBP 2016 submits this application for compensation and reimbursement of expenses and represents to the Court as follows:

1.      An order for relief under Chapter 7 was entered on June 30, 2005.  On November 4, 2005, an order was entered approving the employment of Counsel for the Trustee.  Counsel has received $0.00 in previously awarded compensation and reimbursement of expenses.

2.      Applicant requests $1,454.25, in compensation for 4.25 hours of services performed for the period October 18, 2005 through present and reimbursement of actual expenses in the amount of $32.54.

3.  A description of the nature of the services rendered by the Applicant is as follows:

OBJECTION TO CLAIM

Cohen & Krol prepare and presented Trustee's Objection to Claim of Discover Bank.  Discover Bank had filed a claim seeking a "secured" status due to a consensual lien on the Debtor's real estate.  The funds on hand with the Trustee consisted of the proceeds from the sale of the Debtor's right, title and interest in said real estate which was sold "subject to" the consensual mortgage of Discover Bank.  The Trustee did not believe that Discover Bank, with whom the Debtor had entered into a reaffirmation agreement, was entitled to a secured claim in this Estate.  Cohen & Krol expended 1.15 hours in the activity of Objection to Claim.

**EXHIBIT G**

<u>PROFESSIONAL EMPLOYMENT</u>

Cohen & Krol prepared and presented Trustee's Application to Employ Attorneys for the Trustee. This application was necessary to further the administration of this Estate. Cohen & Krol expended 1.15 hours in the activity of Professional Employment.

<u>SALE OF ASSETS</u>

Cohen & Krol prepared and presented the Trustee's Application to Accept the Debtor's Offer to Purchase the Estate's Right, Title and Interest in her homestead real estate.  It is from the proceeds of this sale that the Trustee is making a distribution to creditors of this Estate. Cohen & Krol expended 1.95 hours in the activity of Sale of Assets.

4.      Attached as Exhibit "A" is an itemized statement of the legal services rendered. The statement reflects the legal services rendered, the time expended and a description of the work performed.

5.      The time expended and services rendered by Applicant is summarized as follows:

| Attorney | Hours | Hourly Rate | Total |
|----------|-------|-------------|-------|
| GINA B. KROL/GBK2005 | 3.10 | 330.00 | 1,023.00 |
| GINA B. KROL/GBK2008 | 1.15 | 375.00 | 431.25 |

6.      Attached as Exhibit "B" is an itemized statement of the actual expenses incurred by the Applicant.

7.      Based on the nature, extent and value of services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation and reimbursement of expenses sought are fair and reasonable.

8.      At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

WHEREFORE, Applicant requests that it be awarded reasonable compensation of $1,454.25 and reimbursement of actual and necessary expenses of $32.54 for legal services rendered in this case.

RESPECTFULLY SUBMITTED,

**EXHIBIT G**

Date: March 17, 2008                            /s/ Gina B. Krol


GINA B. KROL
105 West Madison Street
Suite 1100
Chicago, IL  60602-0000

**EXHIBIT G**