UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: **TERESA ROSE DUNNE,** | ) | CHAPTER 7 CASE |
| | ) | |
| | ) | |
| | ) | CASE NO. **05-26277** |
| | ) | |
| | ) | |
| DEBTOR(S). | ) | HON. JOHN H. SQUIRES |

**NOTICE OF FILING OF U.S. TRUSTEE'S
CERTIFICATE OF REVIEW OF TRUSTEE'S FINAL REPORT**

To:     **Gina B. Krol**
          **Registrant's e-mail:  GkrolAty@aol.com**

**Please Take Notice** that on April 18, 2008, the United States Trustee for the Northern District of Illinois
filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the **U.S.
TRUSTEE'S CERTIFICATE OF REVIEW OF THE TRUSTEE'S FINAL REPORT**, a copy of which
is herewith served upon you.

The United States Trustee has reviewed the Trustee's Final Report in accordance with the standards set forth
in the Memorandum of Understanding dated April 1, 1999, and has no objection to the Trustee's Final
Report.

**REQUEST FOR NOTICE**

Pursuant to Fed.R.Bankr.P. 2002(a)(6) and 2002(f)(8), the United States Trustee requests that notice be sent
to the debtor, all creditors, any indenture trustee, and the U.S. Trustee of the hearing on application for
compensation and reimbursement of expenses, and the trustee's final report.

                                   WILLIAM T. NEARY
                                   UNITED STATES TRUSTEE

DATED: 4/18/08                 BY:     /s/ *Dean C. Harvalis*
                                   Dean C. Harvalis, Assistant U.S. Trustee
                                   Office of the U.S. Trustee
                                   219 South Dearborn  Room 873
                                   Chicago, Illinois  60604
                                   (312) 886-5783

**CERTIFICATE OF SERVICE**

I, Dean C. Harvalis, Assistant U.S. Trustee, state that pursuant to Section II, B, 4 of the Administrative
Procedures for the Case Management/Electronic Case Filing System, service on the Trustee of the above
Notice of Filing of U.S. Trustee's Certificate of Review of Trustee's Final Report was accomplished through
the Court's Electronic Notice for Registrants on April 18, 2008.

                                   /S/  *Dean C. Harvalis*