UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | | Chapter 7 |
| ) | | |
| DUNNE, TERESA ROSE ) | | Case No. 05-26277-SQU |
| ) | | |
| Debtor(s). ) | | Hon. JOHN H. SQUIRES |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:    DuPage County Courthouse, 505 N. County Farm Rd., Courtroom 2000
    Wheaton, IL  60187

    On: **May 23, 2008**                    Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                                        $20,392.57

    Disbursements                                                       $45.17

    Net Cash Available for Distribution                             $20,347.40

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| GINA B. KROL<br>*Trustee Compensation* | $0.00 | $2,789.26 | $0.00 |
| COHEN & KROL<br>*Attorney for Trustee* | $0.00 | $1,454.25 | $32.54 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| N/A | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.0000% .

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| N/A | | | |

7. Claims of general unsecured creditors totaling $29,715.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 54.0800% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Discover Financial Services | $13,259.97 | $7,171.47 |
| 000003 | Citibank (South Dakota) Na | $16,455.77 | $8,899.88 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF BANKRUPTCY COURT, KENNETH S. GARDNER, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor(s) has been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Bank Accounts | $1,288.08 |
| Household Goods | 500.00 |
| Clothes | 500.00 |
| Jewelry | 3,200.00 |
| Pension | 24,922.60 |
| Automobile | 10,310.00 |

Dated: **April 22, 2008**                                    For the Court,

                                                                By:  **KENNETH S. GARDNER**
                                                                     CLERK OF BANKRUPTCY COURT
                                                                     KENNETH S. GARDNER

Trustee:      Gina B. Krol
Address:      105 West Madison Street
              Suite 1100
              Chicago, IL  60602-0000
Phone No.:    (312) 368-0300

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 1         Date Rcvd: Apr 22, 2008
Case: 05-26277                Form ID: pdf002          Total Served: 13

The following entities were served by first class mail on Apr 24, 2008.
db           +Teresa Rose Dunne,   7411 Canterbury Pl,   Downers Grove, IL 60516-3852
aty          +David Mann,   609 W Euclid Avenue,   Arlington Hghts, IL 60004-5301
aty          +Julie A Boynton,   Donald L. Johnson, P.C.,   33 North Dearborn St.,   Suite 1401,
               Chicago, IL 60602-3874
tr           +Gina B Krol, ESQ,   Cohen & Krol,   105 West Madison St Ste 1100,   Chicago, IL 60602-4600
9536009       Bank Of America,   P.O. Box 5270,   Carol Stream, Il. 60197-5270
9536010      +Bank Of America Fleet,   P.O. Box 15480,   Wilmington, DE 19850-5480
9536008       Capital One,   P.O. Box 790216,   St. Louis, MO. 63179-0216
9536006       CitiBank (South Dakota) NA,   Citibank/Choice,   Exception Payment Processing,   POB 6305,
               The Lakes, NV  88901-6305
9536007      +Discover Card Services,   P.O. Box 30095,   Salt lake City, UT 84130-0095
9536005       Discover Financial Services,   P.O. Box 6435,   Carol Stream, Il. 60197-6435
9536004      +Harris Bank,   50 South Lincoln Street,   Hinsdale, Il 60521-4065

The following entities were served by electronic transmission on Apr 23, 2008.
10018047      E-mail/PDF: mrdiscen@discoverfinancial.com Apr 23 2008 04:03:07      DISCOVER FINANCIAL SERVICES,
               PO BOX 8003,   HILLIARD, OH 43026
10132434      E-mail/PDF: mrdiscen@discoverfinancial.com Apr 23 2008 04:03:07      Discover Bank,
                4909 East 26th Street,   Sioux Falls, SD  57110
                                                                                             TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Gina B Krol, ESQ,   Cohen & Krol,   105 West Madison St Ste 1100,   Chicago, IL 60602-4600
op*          +Gina B Krol, ESQ,   Cohen & Krol,   105 West Madison St Ste 1100,   Chicago, IL 60602-4600
                                                                                              TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 24, 2008**           **Signature:** _Joseph Speetjens_